UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Matter of the Estate: DANIEL G. SUAVE,<br><br>                    Deceased. | No.  4:15-CV-5003-EFS<br><br>**ORDER DISMISSING CASE** |

On February 2, 2015, the parties filed a stipulated dismissal, ECF No. 4.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.**   The parties' Motion for Order of Dismissal, **ECF No. 5**, is **GRANTED.**

**2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**   All pending motions are **DENIED AS MOOT.**

**4.**   All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of February 2015.

                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2015\5003.stip.dism.lc1.docx

ORDER DISMISSING CASE - 1